# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>          Plaintiff,<br><br>     v.<br><br>TC HERITAGE INN 2 OF BAKERSFIELD LLC,<br><br>          Defendant. | Case No.  1: 21-cv-01230-JLT-BAK<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO MAY 17, 2022<br><br>(ECF Nos. 8, 13) |

Plaintiff, proceeding *pro se*, initiated this action on August 13, 2021.  (ECF No. 1.)  A scheduling conference is currently set for March 15, 2022.  (ECF No. 8.)  On February 23, 2022, the Court granted Defendant's motion to dismiss and granted Plaintiff thirty (30) days to file an amended complaint.  (ECF No. 13.)  The Court shall continue the scheduling conference to allow for the filing of an amended complaint and for a responsive pleading to be filed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the scheduling conference currently scheduled for March 15, 2022, is CONTINUED until May 17, 2022, at 10:00 a.m., and the parties shall file a joint scheduling report at least seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  **February 23, 2022**

UNITED STATES MAGISTRATE JUDGE